Christopher Runyan and Jennifer Centers (pro-se)
6829 Taft Court
Arvada, Colorado 80004
Telephone: (720) 339-1167

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 MAR -4 PM 1:00

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **07-CV-02713-REB-KLM**

    Christopher Lee Runyan and
    Jennifer Ann Centers,

Plaintiffs,

v.

    The Corporation of the President of the Church of Jesus Christ of Latter-day Saints,
    The Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-day Saints,
    Bruce LeRoy Christensen,
    Melvin Russell Ballard Jr. (Apostle),
    Larry Peterson, and
    Christopher Beesley

Defendants,

---

### NOTICE TO DISMISS

---

1. In accordance with F.R.C.P. 41(a)(1) the Plaintiffs give this court notice to dismiss the above captioned action.

2. None of the defendants have filed an answer in this case, any responsive pleading or filed a motion for summary judgment.

Therefore the "Notice to Dismiss" is proper and Plaintiffs hereby notify this court of dismissal without prejudice of the above captioned action by the Plaintiffs as of March 4, 2008.

Date: 3-4-08

Christopher Lee Runyan – Plaintiff
6829 Taft Ct.
Arvada, Colorado 80004

Date: 3-4-08

Jennifer Ann Centers – Plaintiff
6829 Taft Ct.
Arvada, Colorado 80004

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2008, I filed the foregoing with the Clerk of the Court in person. I additionally certify that on March 4, 2008 I mailed the foregoing to the following participants via U.S. Mail, postage prepaid:

**For Defendant Bruce Christensen**
Jane Michaels
Laura A. Menninger
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202-3979
E-mail: jmichaels@hollandhart.com
         lamenninger@hollandhart.com

**For the LDS Church Defendants**
Charles Goldberg
Rothgerber Johnson & Lyons LLP
One Tabor Center
1200 Seventeenth Street, Suite 3000
Denver, CO 80202-5855
Email: cgoldberg@rothgerber.com

Jennifer Ann Centers – Plaintiff