**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-02713-REB-KLM

CHRISTOPHER LEE RUNYAN, and
JENNIFER ANN CENTERS,

      Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CRHIST OF LATTER-DAY SAINTS,
THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,
BRUCE LEROY CHRISTENSEN,
MELVIN RUSSELL BALLARD, JR. (Apostle)
LARRY PETERSON, and
CHRISTOPHER BEESLEY,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the plaintiff's **Notice To Dismiss** [#21], filed March 4, 2008. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice To Dismiss** [#21], filed March 4, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for March 6, 2009, is **VACATED**;

3. That the jury trial set to commence March 23, 2009, is **VACATED**; and

2

    4.  That this action is **DISMISSED WITHOUT PREJUDICE.**

Dated March 28, 2008, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**